UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

          v.

THE BANK OF MISSOURI,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-6075

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, THE BANK OF MISSOURI, with prejudice and without fees and costs.

Dated: New York, New York
        February 5, 2025

                                               **GOTTLIEB & ASSOCIATES PLLC**

                                               _/s/Michael A. LaBollita, Esq._

                                               Michael A. LaBollita, Esq., (ML-9985)
                                                      150 East 18th Street, Suite PHR
                                                              New York, NY 10003
                                                                   Phone: (212) 228-9795
                                                                         Fax: (212) 982-6284
                                                                        Michael@Gottlieb.legal

                                                                       _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge